PROB 12C
(7/93)

Report Date: December 10, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Zuazo-Guerrero          Case Number: 2:13CR06022-EFS-1

Address of Offender: Imperial County Jail, El Centro, California

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 7, 2013

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison 14 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | To be determined | Date Supervision Commenced: April 17, 2014 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: April 16, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On December 1, 2014, a complaint was filed with the United States District Court for the Southern District of California at El Centro, charging the defendant with Deported Alien Found in the United States (felony), in violation of 8 U.S.C. § 1326, magistrate number 2:14MJ09146-PCL-1. |
| | According to the complaint, on or about November 29, 2014, the defendant was located in the United States near Calexico, California. The defendant admitted to entering the United States without permission from the proper authorities on November 27, 2014. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

Prob12C
Re: Zuazo-Guerrero, Luis
December 10, 2014
Page 2

**Supporting Evidence**: The defendant illegally reentered the United States without permission on November 27, 2014, as noted in violation 1. According to the United States Immigration and Customs Enforcement, the defendant was deported to Mexico on May 1, 2014, at Del Rio, Texas, and failed to obtain permission to reenter the United States.

The United States Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/10/2014

s/Erica Helms

Erica Helms
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*/s/ Edward F. Shea*
Signature of Judicial Officer

December 10, 2014
Date